**In the Matter of the APPLICATION of Roger G. ACKERMAN and Bruce R. Karstetter.**

**Patent Appeal No. 76–711.**

United States Court of Customs and Patent Appeals.

June 23, 1977.

Clinton S. Janes, Jr., Corning, N.Y., attorney of record, for appellants.

Joseph F. Nakamura, Washington, D.C., for the Commissioner of Patents; Fred E. McKelvey, Jere W. Sears, Washington, D.C., of counsel.

Before MARKEY, Chief Judge, RICH, BALDWIN, and MILLER, Judges, and SCOVEL RICHARDSON, Associate Judge, United States Customs Court.

MILLER, Judge.

Identical issues having been disposed of in Patent Appeal No. 76–710, *In re Voss,* Cust. & Pat.App., 557 F.2d 812 decided this date, the decision of the Patent and Trademark Office Board of Appeals is *reversed* in accordance with our opinion in that case.

*REVERSED.*